UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re                                                    Case No.: 10-31406-BKC-AJC

ARTECITY MANAGEMENT LLC *et al.,*[1]                     Chapter 11 Proceeding
                                                         Joint Administration Pending

      Debtors.

_____/

**DEBTORS' MOTION PURSUANT TO U.S.C. §§ 105(a), 361, 363 AND 364 AND BANKRUPTCY RULE 4001 FOR ENTRY OF A FINAL ORDER AUTHORIZING DEBTORS TO (I) OBTAIN POST-PETITION FINANCING SECURED BY A LIEN EQUAL TO THE LIEN OF DEBTORS' PRE-PETITION LENDER, AND A SUPER-PRIORITY ADMINISTRATIVE EXPENSE CLAIM, (II) USE PROCEEDS FROM SALE OF ITS NORTH AND SOUTH TOWER CONDOMINIUM UNITS TO FUND COMPLETION OF CONSTRUCTION OF THE PROJECT AND (III) GRANT ADEQUATE PROTECTION OF THE PRE-PETITION LENDER'S INTERESTS IN PROPERTY OF THE ESTATE**

**SUMMARY STATEMENT OF RELIEF REQUESTED**

> **The Debtors seek the entry of an order in substantially the form attached hereto as Exhibit "1" authorizing them to enter into a secured post-petition financing agreement to obtain up to $2.725 million to be used in accordance with the Budget attached hereto as Exhibit "5". The DIP Loan will mature upon the earlier of 180 days after the issuance of final Certificates of Occupancy for all five condominium buildings that make up the Project or 30 days after construction of the Project ceases. The Debtors will pay a non-default 6 % interest rate per year for the DIP Loan or, in the event of a default by the Debtors, the interest rate will be 11% per year. Events of default include failure to pay the DIP Loan at its maturity, entry of an order authorizing the sale of some or all of the Debtors' condominium units on a bulk basis, conversion or dismissal of the Debtors' Chapter 11 cases, appointment of a Chapter 11 Trustee or Examiner with expanded powers in any of the Debtors' cases, the granting of super-priority claims or liens that impair the super-priority claim and liens granted the DIP Lenders, and cessation of construction at the Project for more than 30 days. As more fully set forth in paragraph 3 of the proposed order attached hereto as Exhibit**

---

[1]     The last four digits of the taxpayer identification numbers for each of the Debtors follow in parentheses: (i) Artecity Management LLC (2357); (ii) Artecity Holding LTD (9763); (iii) Artecity Governor L.L.C. (3220); (iv) Artecity Park LLC (6068); (v) Artecity Plaza LLC (3734); (vi) Artepark South Development LLC (5232); and (vii) Park Villas Development LLC (5344).

EC16089 (7/28/2010 2:46 PM)

**LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP**
201 South Biscayne Boulevard, 34th Floor, Miami Center, Miami, Florida 33131 · Main: 305.403.8788 · Fax: 305.403.8789

"**1**", pursuant to 11 U.S.C. § 364(d)(1), the DIP Loan will be secured by a first lien on the Project of equal priority with the first lien of the Debtors' pre-petition secured lender ("CCV"), subject to the following subordination of payment from the proceeds of sale of condominium units to payment of CCV's allowed secured claim: CCV shall be paid the net proceeds from the sale of units up to an amount equal to the pro rata value of the unit based on the square footage value on the Petition Date ($226.22 per square foot of saleable square feet) and the proceeds in excess shall be used to repay the DIP Loan. If some or all of the condominiums are sold on a bulk basis, then the net proceeds from the bulk sale shall be distributed as follows: (a) first, to CCV, the product of the total aggregate net sales proceeds of the bulk sale multiplied by a fraction, the numerator of which is 226.22 and the denominator of which is the average price per square foot per unit of the units sold, in bulk, and (b) second, the balance of the aggregate net sales proceeds to the DIP Lenders. The DIP Loan shall be further secured by an administrative expense claim under § 364(c)(1) with priority over all administrative expenses except the carve-out, described below.

Artecity Management, LLC, Artecity Holding, Ltd., Artecity Governor, LLC, Artecity Park, LLC, Artecity Plaza, LLC, ArtePark South Development, LLC, and Park Villas Development, LLC, Debtors and Debtors-in-Possession, (collectively, the "Debtors") move for the entry of an order, in the form attached as **Exhibit "1,"** providing for the following relief: (a) authorize the Debtors to obtain post-petition credit up to $2.725 million (the "DIP Loan") from lenders Marooned, Inc., Aquire USA, Inc., and Giorgio Bassi and Donatella Marzagalli (the "DIP Lenders") to complete construction of the North and South Towers of the Debtors' Miami Beach condominium project (113 units); and (b) authorize the Debtors to grant the DIP Lenders a lien on the Debtors' project that is equal to the lien of the Debtors' pre-petition secured lender, Corus Construction Venture, LLC ("CCV"), to secure repayment of the DIP Loan; (c) authorize the Debtors to further secure repayment of the DIP Loan by granting the DIP Lenders a super-priority administrative expense claim under Section 364(c)(1) only subordinate to U.S. Trustee's fees; (d) authorize the Debtors to use up to the first $ 2.5 million in net proceeds from the sales

EC1608 (7/28/2010 2:46 PM)

2

LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP
201 South Biscayne Boulevard, 34th Floor, Miami Center, Miami, Florida 33131 · Main: 305.403.8788 · Fax: 305.403.8789

of condominium units in its North and South Tower buildings to finish the balance of construction for the Project, completing the Park Villas and Artecity Plaza buildings (a total of 29 units, including a commercial unit);[2] and (e) authorize the Debtors to provide the pre-petition secured lender, CCV, adequate protection of its interests; but only to the extent of the diminution of the value of CCV's interests in the Project, by providing that after completion of construction, (i) CCV be paid the net proceeds of the sale of each unit[3] up to an amount equal to the pro rata value of the unit based on the square footage value on the Petition Date and (ii) the DIP Loan be paid the net proceeds in excess of the pro rata value of the unit based on the square footage of the unit on the Petition Date. The Debtors state as grounds for this motion the following:

### JURISDICTION AND VENUE

1.      This Court has jurisdiction to consider this motion (the "Motion") pursuant to 28 U.S.C. §§ 157 and 1334.

2.      The subject matter of the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b).

3.      Venue is proper in this district pursuant to 28 U.S.C. § 1408.

4.      The statutory basis for the relief sought by the Motion are Sections 361, 363 and 364 of the Bankruptcy Code and Bankruptcy Rules 4001(b)(2) and (d)(3).

### BACKGROUND

---

[2]      As construction on the North and South Towers progresses, the amount needed to complete construction of the balance of the Project will be refined and a detailed budget will be prepared for this purpose. For now, $2.5 million is the estimated cost.

[3]      Net sales proceeds are the total sales proceeds after payment of ordinary and necessary expenses of closing the sale of the unit to the purchaser.

EC1608 (7/28/2010 2:46 PM)

LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP
201 South Biscayne Boulevard, 34th Floor, Miami Center, Miami, Florida 33131 · Main: 305.403.8788 · Fax: 305.403.8789

5.      On July 26, 2010 (the "Petition Date"), the Debtors filed voluntary petitions with this Court for relief under Chapter 11 of the Bankruptcy Code.

6.      Since the Petition Date, the Debtors have been operating their businesses as debtor-in-possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.    The Debtors have filed pending motions requesting that their cases be jointly administered.

7.      As of the date hereof, a creditors committee has not been appointed or designated in these cases.  In addition, no request for the appointment of a trustee or examiner has been made.

8.      Except for Artecity Holding, Ltd. ("Holding"), the Debtors are limited liability companies organized and existing under the laws of the State of Florida.  Holding is a Florida limited partnership.

**The Debtors' Condominium Project**

9.      The Debtors are engaged in the development of a real estate condominium project in Miami Beach, Florida known as Artecity (the "Project").    The Project includes 202 condominium units in five multi-level buildings, together with 5 retail spaces, two pools, a fitness and spa facility, and a parking garage.  Attached as **Exhibit "8"** is the legal description of the Project.  Attached as **Exhibit "2"** is a company chart detailing the ownership structure of the Debtors.  Sixty-one of the units are completed.  The Project is located at 2100 Park Avenue, Miami Beach, Florida, on 21st Street, east of Washington Avenue and on the west border of Collins Park.  The following is a description of the five buildings and ownership:

a.      The Governor owned by Artecity Governor, LLC: This condominium is completed.  Closings have occurred on 43 of the 61 units and, accordingly, 18 units remain

EC1608 (7/28/2010 2:46 PM)

LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP
201 South Biscayne Boulevard, 34th Floor, Miami Center, Miami, Florida 33131 · Main: 305.403.8788 · Fax: 305.403.8789

unsold at this time. Of those 18 unsold units, 14 units are currently rented. In addition, there are 4 retail spaces.

        b.    <u>Artecity South owned by Artepark South Development, LLC</u>: This condominium is about 97% completed and consists of 58 units. Two (2) months of construction work remains for obtaining a Certificate of Occupancy ("<u>CO</u>"), comprising punch list work and final inspections. The Debtors have sold 47 of the units and only 18 of the purchasers have sought cancellation of the contracts.

        c.    <u>Artecity North owned by Artecity Park, LLC</u>: This condominium is about 99% completed and consists of 55 units. Two (2) months of construction work remains for obtaining a CO, comprising punch list work and final inspections. The Debtors have sold 41 of these units of which only 12 purchasers have asked to cancel the contracts.

        d.    <u>Artecity Park Villas owned by Park Villas Development LLC</u>: This condominium consists of 18 units and approximately five (5) months of construction work remains to obtain the CO. It is about 72% completed. The Debtors have sold 5 of these units and 2 of the purchasers have asked to cancel the contracts.

        e.    <u>Artecity Plaza owned by Artecity Plaza, LLC</u>: This condominium consists of 10 units and 1 retail space and approximately five (5) months of construction work remains to obtain the CO.[4] It is about 75% completed.

    10.    The remaining sales inventory of the Project consists of 159 residential units, a total of 164,401 saleable square feet and 5 retail units totaling 4,459 square feet for a grand total

---

[4] As construction is complete at each building, the Debtors will seek a CO for the completed building. Obtaining the CO for each building will take additional time after construction is completed.

EC1608 (7/28/2010 2:46 PM)

5

LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP
201 South Biscayne Boulevard, 34th Floor, Miami Center, Miami, Florida 33131 · Main: 305.403.8788 · Fax: 305.403.8789

of 168,860 square feet. Attached as **Exhibit "6"** is a list of the square feet of each building and the units in each building.

11.     The "As Is" market value of the Project is $38.2 million. However, the gross sell-out value of the Project after deducting selling expenses is $65,465,231 by even the most conservative estimates. After deducting the expenses of the Project's construction and management, the net cash to distribute will be at least $54.6 million. Attached as **Exhibit "7"** is the Debtor's sellout projection provided by its expert using sales prices the Debtors believe are very conservative and based on expense estimates that the Debtors believe they are able to better once the Project resumes operations.

**Debtors' Pre-Petition Secured Lender**

12.     In September, 2005, the Debtors closed their construction loan from Corus Bank, N.A. ("Corus") in the amount of approximately $60 million. In September, 2009, Corus was declared insolvent and its assets seized by the FDIC. Just prior to the FDIC takeover of Corus, the Debtors had submitted construction draw request 40 to Corus, which was never funded. After the FDIC takeover of Corus, the Debtors submitted construction draw requests 41-43, which were never funded by the FDIC or CCV. Ultimately, the Debtors' interestholders and third party lenders loaned in excess of $2 million to the Debtors, which partially funded draw requests 40-43.

13.     At the time of the FDIC takeover, the principal balance on the Debtors' construction loan was $45,223,990 plus disputed interest. After the FDIC takeover of Corus, the FDIC/CCV made certain protective advances for taxes, electricity, water, security and insurance.

EC1608 (7/28/2010 2:46 PM)

6

**LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP**
201 South Biscayne Boulevard, 34th Floor, Miami Center, Miami, Florida 33131 · Main: 305.403.8788 · Fax: 305.403.8789

14.    In October 2009, the FDIC transferred all of the Corus loans, totaling $4.5 billion in face amount and $2.772 billion in value, to CCV. The FDIC owns 60% of CCV and CCV Managing Member, LLC, an affiliate of Starwood Capital Group and others, purchased a 40% interest in CCV for $554 million. The U.S. government has given CCV a $1.377 billion, no interest line of credit to fund its operations. The government loan is without recourse to the non-FDIC member of CCV.

15.    In March, 2010, CCV sued to foreclose its mortgages on the Debtors' Property, *CCV v. Artecity Holdings, Ltd., et al.*, Case No. 10-14899-CA-08, Miami-Dade County, Florida Circuit Court. CCV's motion to appoint a receiver is set for hearing August 5, 2010 but no dispositive motions have been filed in the case.

16.    CCV or the Debtors' closing escrow agent, Fidelity National Title Insurance Co., holds a total of $1,787,768.59 in cash, most of it interest on purchaser deposits belonging to the Debtors, and which CCV claims is its cash collateral and is detailed on the attached **Exhibit "3,"** (the "Cash Collateral"). The Debtors are not requesting authority to use the Cash Collateral at this time but reserve the right to request use of the Cash Collateral.

**The Debtors' Other Creditors**

17.    In addition to the CCV loan, the Debtors owe approximately $24.5 million in unsecured debt. This debt consists of about $15.4 million advanced by direct or indirect interestholders in the Debtors, some of whom may be insiders of the Debtors, about $3.1 million advanced by third party lenders and about $6 million claimed by subcontractors and suppliers who have filed claims of lien. A significant portion of the subcontractors claims are disputed by the Debtors. Attached as **Exhibit "4"** is a list of the entities who have filed claims of liens

EC1608 (7/28/2010 2:46 PM)

7

**LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP**
201 South Biscayne Boulevard, 34th Floor, Miami Center, Miami, Florida 33131 · Main: 305.403.8788 · Fax: 305.403.8789

against the Project.  Pursuant to applicable non-bankruptcy law, the mortgage lien of CCV is superior to any claims of lien of the subcontractors or suppliers, and because CCV is undersecured, these claimants are unsecured creditors.

18.    The remaining deposits held by Fidelity National Title Insurance Company, which were posted by purchasers who have not closed on their units, total $5,386,718.97.

## RELIEF REQUESTED

**Proposed DIP Loan Agreement**

19.    At this time, the Debtors are not requesting use of the Cash Collateral.  Therefore, the Debtors need to obtain post-petition credit under the terms of the DIP Loan because substantially all of the Debtors' assets are encumbered by liens in favor of CCV, the Debtors could not obtain financing on an unsecured administrative expense basis under § 364(b) of the Bankruptcy Code, nor would any independent third-party lender provide financing solely with a super-priority claim under § 364(c)(1) of the Bankruptcy Code and junior liens under § 364(c)(3) of the Bankruptcy Code.  After investigation, the proposal for the DIP Loan for post-petition financing provided by the DIP Lenders was the most favorable under the circumstances and addressed the Debtors' need for funding to complete construction of its units and close sales of its units to purchasers.

20.    The proposed DIP Loan with the DIP lenders, currently deposited in Debtors' attorney's trust account, has the following terms:

a.    <u>DIP Lenders:</u>  The DIP Lenders are Marooned, Inc. which holds a 23.53 percent interest in Holding, Aquire U.S.A., Inc., which holds an 11.76 percent interest in

EC1608 (7/28/2010 2:46 PM)

8

LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP
201 South Biscayne Boulevard, 34th Floor, Miami Center, Miami, Florida 33131 · Main: 305.403.8788 · Fax: 305.403.8789

Holding, and Giorgio Bassi and Donatella Marzagalli who, collectively, hold an 8.82 percent interest in Holding. Each is advancing 1/3 of the total amount of the loan.

      b.      Borrowers: The borrowers are each of the Debtors.

      c.      Maximum Loan Amount: $2.725 million.

      d.      Maturity Date: Earlier of the (i) 180 days after the issuance of final Certificates of Occupancy for all five condominium projects or (ii) 30 days after cessation on construction at the Project.

      e.      Purpose: The use of the DIP Loan proceeds shall be by the Debtors to pay the cost and expenses of completion of construction of the North and South Towers as set forth in the budget attached hereto as **Exhibit "5"** (the "Budget") and the costs and expenses associated with construction as described in the Budget and the costs and expenses of the administration of the Debtors' bankruptcy case described in the carve-out below.

      f.      Interest Rate: The interest rate shall be 6% per annum and 11% per annum after default. Interest shall accrue and be paid at maturity.

      **g.      Security: Pursuant to § 364(d)(1), the DIP Loan will be secured by a first lien on the Project of equal priority with the first lien of CCV, subject to the following subordination of payment from the proceeds of sale of condominium units to payment of CCV's allowed secured claim: CCV shall be paid the net proceeds from the sale of units up to an amount equal to the pro rata value of the unit based on the square footage value on the Petition Date ($226.22 per square foot of saleable square feet) and the proceeds in excess shall be used to repay the DIP Loan. If some or all of the condominiums are sold on a bulk basis, then the net proceeds from the bulk sale shall be distributed as follows: (a)**

EC1608 (7/28/2010 2:46 PM)

9

LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP
201 South Biscayne Boulevard, 34th Floor, Miami Center, Miami, Florida 33131 · Main: 305.403.8788 · Fax: 305.403.8789

**first, to CCV, the product of the total aggregate net sales proceeds of the bulk sale multiplied by a fraction, the numerator of which is 226.22 and the denominator of which is the average price per square foot per unit of the units sold, in bulk, and (b) second, the balance of the aggregate net sales proceeds to the DIP Lenders. The DIP Loan shall be further secured by an administrative expense claim under § 364(c)(1) with priority over all administrative expenses except the carve-out, described below.**

        h.    <u>Carve-Out</u>:  The super-priority claim and lien granted to the DIP Lenders will be subject to the following (the "<u>Carve-Out</u>"):  (a) U.S. Trustee fees pursuant to 28 U.S.C. § 1930(a)(6); (b) fees payable to the clerk of the Bankruptcy Court and any agent thereof; and (c) fees and expenses of professionals or court approved agents of the Debtors in an amount of $200,000 for its Debtors' attorneys plus approximately $50,000 for other professionals that shall be advanced from the DIP Loan when fees and expenses are awarded but all subject to allowance by order of the Bankruptcy Court (to the extent applicable) and subject to the right of the DIP Lenders and any other party-in-interest to object to the allowance of professional fees in accordance with any applicable Bankruptcy rule or, if applicable, order of the Bankruptcy Court relating to the approval of professional fees and objections.

        i.    <u>Events of Default</u>:  Failure to pay the DIP Loan at its maturity; entry of an order authorizing the sale of some or all of the Debtors' condominium units on a bulk basis; conversion or dismissal of the Debtors' Chapter 11 cases; appointment of a Chapter 11 Trustee or Examiner with expanded powers in any of the Debtors' cases; **the granting of super-priority claims or liens that impair the super-priority claim and liens granted the DIP Lenders**; and cessation of construction at the Project for more than thirty (30) days.

EC1608 (7/28/2010 2:46 PM)

LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP
201 South Biscayne Boulevard, 34th Floor, Miami Center, Miami, Florida 33131 · Main: 305.403.8788 · Fax: 305.403.8789

j.    <u>Funding of Draw Requests</u>: Debtors' counsel shall hold the full amount of the DIP Loan in his trust account and fund construction draw requests submitted by the Debtors after approval by the Debtors' construction engineer and fund other expenses in connection with construction and management of the Project requested by the Debtors so long as they are consistent with the Budget, with allowance to vary the Budget amounts per category by ten percent.  Subject to the Debtors filing a second construction budget for the completion of its Park Villas and Artecity Plaza buildings, the Debtors are authorized to use up to the first $2.5 million in net sales proceeds from North and South Tower unit closings to fund the second construction budget.

21.    **The Carve-Out currently does not include any fees or costs incurred by a committee of unsecured creditors appointed in these cases.  The Debtors and presumably the DIP Lenders will negotiate with any such committee regarding the Carve-Out if one is appointed in these cases.**

22.    The Debtors believe that the terms of the DIP Loan are fair and reasonable and offer the most favorable financing available for its situation, **especially because the DIP Lenders are not charging fees for the DIP Loan and have agreed to adequate protection of CCV's interests through subordinating repayment from unit sales proceeds as set forth above.**  The DIP Loan assures that the Debtor will have sufficient access to financing while it completes construction of the North and South Towers of the Project, is able to resume closing unit sales and work to propose and confirm a chapter 11 plan.

EC1608 (7/28/2010 3:03 PM)

LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP
201 South Biscayne Boulevard, 34th Floor, Miami Center, Miami, Florida 33131 · Main: 305.403.8788 · Fax: 305.403.8789

## ARGUMENT

Section 364(d) of the Bankruptcy Code authorizes a debtor to obtain post-petition financing secured by a loan on property of the estate that is equal or senior to the lien of a pre-petition lender, provided, the debtor is unable to obtain credit otherwise and the lien of the pre-petition secured creditor is adequately protected.  In this case, the Debtors have diligently inquired among a number of potential lenders for debtor-in-possession construction financing for the Project by a lien junior to CCV, and no lender is willing to loan money to the Debtors other than on a senior secured basis.  Therefore, the Debtors are proposing a financing structure that provides CCV with the indubitable equivalent of its interest in the Project:  **once construction of the Project is completed, CCV will receive the first net sales proceeds for the closing of each unit up to an amount equal to the Petition Date value of the closed unit.**

The "As Is" value of the Project on the Petition Date is $38.2 million or an average of $238,750 per unit or $226.22 per square foot.  Once construction of the North and South Tower buildings is completed and the Debtors commence their sell out of units, the average price per unit will increase to $430,213 or $409.70 per square foot, a 45% increase in value.  The Debtors and the DIP Lenders propose to pay CCV the amount of the value of its interest in each unit closed after construction is completed.  Clearly, the Project is worth more as completed rather than in its current state.  Therefore, there is no meaningful risk of diminution of the value of CCV's interests in the Project during the construction period.  The only risk is that the value of the Project will not increase substantially by being completed.  However, this risk is being shouldered by the DIP Lenders who will be repaid from the portion of unit sales proceeds that represent the increase in each unit's value resulting from completing construction of the Project.

EC1608 (7/28/2010 2:46 PM)

LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP
201 South Biscayne Boulevard, 34th Floor, Miami Center, Miami, Florida 33131 · Main: 305.403.8788 · Fax: 305.403.8789

Courts have approved a debtor granting § 364(d) priming liens to secure post-petition loans used to improve a debtor's property, notwithstanding the objections of creditors with pre-petition senior liens on the same property. *See e.g., In re 495 Central Park Ave. Corp.,* 136 B.R. 626 (Bankr. S.D. NY 1992); *In re Hubbard Power & Light,* 202 B.R. 680 (Bankr. E.D. N.Y. 1996).

In the *495 Central Park Ave.* case, under circumstances similar to the Debtors', the court approved a $625,000 construction loan secured by a priming first lien on the debtor's commercial building over the objections of the undersecured, pre-petition first mortgagee who was owed $3.9 million. The court in that case found that the improvements to be funded by the post-petition loan would increase the value of the building by at least $800,000 and possibly $1.25 million. The increase in value was deemed sufficient adequate protection of the first mortgagee's interests, even though it would remain undersecured after construction was completed. Here, using the DIP Loan to complete construction of the Project will result in net cash flow after expenses that is more than sufficient to pay the value of CCV's secured claim as of the Petition Date.

The *Hubbard Power & Light* court approved a § 364(d) priming lien to secure a loan financing the cost of the debtor's State-mandated clean up of an environmental hazard on the debtor's property. There, the court did not require a showing of a monetary increase in the property's value after remediation was completed. Instead, the court found adequate protection of the first lienholder's interests from the fact that clean-up of the property was a necessary predicate for maintaining the value of the property, therefore, the value of the pre-petition

EC1608 (7/28/2010 2:46 PM)

lienholder's interests in the property. The Debtors in this case propose to use the DIP Loan and initial unit sales proceeds to complete construction of the Project and thereby *increase* its value.

Support for the Debtors' proposal to use up to the initial $2.5 million in unit sales proceeds to complete construction of Park Villas and Artecity Plaza is found in the Tenth Circuit Court of Appeals' *MBank Dallas, N.A. v. O'Connor (In re O'Connor)*, 808 F. 2d 1393 (10th Cir. 1987) decision. In the *O'Connor* case, the Tenth Circuit affirmed a bankruptcy court order authorizing the debtors to use the pre-petition lender's $761,600 in cash collateral to drill natural gas wells on property leased by affiliates controlled by the debtors. *Id.* At issue was the bankruptcy court's finding of fact that the secured creditor's interest in the cash collateral was adequately protected by replacement liens on the $6.7 million projected revenue from the new wells and income producing property of one of the debtors worth half the amount of the cash collateral. *Id.* The *O'Connor* court affirmed the bankruptcy court's findings that the replacement liens were sufficient to adequately protect the secured creditor's interests even though the value of replacement liens offered by the debtors depended heavily on the speculative projected revenue from the gas wells. *Id.* In reaching its conclusion, the *O'Connor* court emphasized that a decision providing a secured creditor with adequate protection must be balanced with the objectives of Chapter 11:

> In this case, Debtors, in the midst of a Chapter 11 proceeding, have proposed to deal with cash collateral for the purpose of enhancing the prospects of reorganization. This quest is the ultimate goal of Chapter 11.... Because this ultimate benefit to be achieved by a successful reorganization inures to all the creditors of the estate, a fair opportunity must be given to the Debtors to achieve that end. Thus, while interests of the secured creditor whose property rights are of concern to the court, the interests of all other creditors also

EC1608 (7/28/2010 2:46 PM)

14
LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP
201 South Biscayne Boulevard, 34th Floor, Miami Center, Miami, Florida 33131 · Main: 305.403.8788 · Fax: 305.403.8789

> have a bearing upon the question of whether use of cash collateral
> shall be permitted in the early stages of administration.

*O'Connor*, 808 F.2d at 1397-1398.

In this case, authorizing the DIP Loan proposed by the Debtors would provide cash flow sufficient to make distributions to unsecured creditors as well as pay the value of CCV's secured claim and therefore, provides an appropriate balance of the Debtors' reorganization goals with the adequate protection needs of CCV.

Those decisions reversing a bankruptcy court's findings that a pre-petition secured creditor's interests were adequately protected notwithstanding the debtor granting a § 364(d) priming lien are distinguishable from the Debtors' proposed DIP Loan. In *In re Swedeland Dev. Group, Inc.*, the bankruptcy court had approved $4 million in post-petition § 364(d)(1) construction and working capital loans that primed the pre-petition secured creditor holding a $36 million mortgage. *RTC v. Swedeland Dev. Group, Inc. (In re Swedeland Dev. Group, Inc.),* 16 F. 3d 552 (3d Cir. 1994). The Third Circuit Court of Appeals affirmed the district court's order reversing the bankruptcy court's finding of adequate protection of the pre-petition lender's interests. *Id.* The *Swedeland* bankruptcy court approved priming loans that subordinated a substantial portion of the pre-petition lender's share of sales proceeds to the post-petition secured lender which is not the case with the Debtor's proposed DIP Loan. *Id.* In addition, the *Swedeland* debtor's horizon for completion of construction of its real estate development was years instead of the six to eight months the Debtors predict it will take before construction is completed on the North and South Tower buildings, construction of the Plaza and Villas buildings is fully funded and payments will begin being made to CCV. *See id.*

EC1608 (7/28/2010 2:46 PM)

LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP
201 South Biscayne Boulevard, 34th Floor, Miami Center, Miami, Florida 33131 · Main: 305.403.8788 · Fax: 305.403.8789

In *Suntrust Bank v. Den-Mark Const., Inc.*, the district court reversed the bankruptcy court's order approving a $2.56 million § 364(d)(1) priming lien to secure post-petition financing for completion of construction of the debtor's residential development project. 406 B.R. 683 (E.D.N.C. 2009). The district court concluded that the bankruptcy court erred when it found that the pre-petition secured lender with a mortgage on the property was adequately protected solely by an 11% equity cushion and monthly payments of interest that were significantly less than the lender's accrual of interest under its oversecured loan. *Id.* In contrast, the DIP Loan proposed by the Debtors provides adequate protection to CCV by paying it the first proceeds from the sales of units up to the amount of the value of its secured claim on the Petition Date. The Debtors are not asking the Court to rest its finding of adequate protection of CCV's interests on something as speculative as a small and eroding equity cushion on the Project.

**CONCLUSION**

For the foregoing reasons, the Debtors urge this Court to approve the proposed DIP Loan and enter an order in substantially the same form as the order attached hereto as **Exhibit "1"**.

*[signatures on following page]*

EC1608 (7/28/2010 2:46 PM)

16

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

> **LEVINE KELLOGG LEHMAN**
> **SCHNEIDER + GROSSMAN LLP**
> *Proposed Attorneys for Debtors*
> Miami Center, 34th Floor
> 201 S. Biscayne Boulevard
> Miami, Florida 33131
> Telephone: 305.403.8788
> Facsimile:  305.403.8789
>
> By:  /s/ Thomas R. Lehman_____
>      THOMAS R. LEHMAN, P.A.
>      FL Bar No. 351318
>      E-mail: trl@LKLlaw.com
>      ROBIN J. RUBENS, ESQ.
>      FL Bar No. 959413
>      E-mail: rjr@LKLlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Motion together with the attached Exhibits were served in accordance with Bankruptcy Rule 4001(c)(1)(C) on July 28, 2010 either via U.S. Mail, e-mail transmission, and/or facsimile as designated on the attached Service List.

> By:  /s/ Thomas R. Lehman
>      Thomas R. Lehman

EC1608 (7/28/2010 3:03 PM)

22 CORE CONSTRUCTION, INC.
Norman S. Weider, Esq.
100 SE 2nd Street, Suite 3500
Miami, FL 33131

A AAbacus General Construction :LLC
1521 Alton Road
Suite 339-B
Miami Beach, FL 33139

A AABACUS GENERAL
CONSTRUCTION SERVICES, LLC
Spiegel & Utrera, P.A.
1840 SW 22nd Street, 4th Floor
Miami, FL 33145

A-Advanced F ire & Safety Inc.
22607 South Dixie Highway
Miami, FL 33170

ABLE SERVICES, INC. D/B/A ABLE
BODY LABOR,
David Lamont
3040 Gulf To Bay Blvd.
Clearwater, FL 33759

Adonel Concrete Pump & Finishing of S. FL
P.O. Box 226950
Miami, FL 33222-6950

Adriana Dominguez
76 Deercreek Drive
Basking Ridge, NJ 07920

Aerial Photography Inc.
618 N.B. 26th Street
Fort Lauderdale, FL 33305

Agosto Sciandri
1030 N. Kenter Avenue
Los Angeles, CA 90049

Alan Schechner & Greg Chakalin
3305 Campus Boulevard NE
Albuquerque, NM 87106

Alberto Boniver
Italian Embassy in Nicaragua
De La Rotonda El
Managua Nicaragua

Alejandro Espino, Esq.
8900 SW 117th Avenue
Suite C-104
Miami, FL 33186

Alison Brungart
435 21 Street, Unit #307
Miami Beach, FL 33139

ALL INTERIOR SUPPLY, INC.
CT Corporation System
1200 South Pine Island Road
Plantation, FL 33324

Alla & Alexander Kuzuerio
425 Ronnie Drive
Buffalo Grove, IL 60089

Allen M. Rothman & Nina Horowitz
184 Clinton Street
Brooklyn, NY 11201

Allied Barton Security Services
161 Washington Street
Suite 600
Conshohocken, PA 19428

Allied Fastner and Tool Company
1130 North G. Street
Lake Worth, FL 33480

Almansa, Alicia, Esq.
407 Lincoln Road #2a
Miami Beach, Fl 33139

Alta Management Inc.
3425 SW 128th Avenue
Miami, FL 33175

ALTA MANAGEMENT, INC.
Prado Guillermo
3435 SW 128 Avenue\
Miami, FL 33175

Alufab Inc.
13000 N.W. 38th Avenue
Opa Locka, FL 33054

ALUFAB, INC.
Moskowitz, Mandell, Salim & Simowitz,
P.A.
800 Corporate Drive, Suite 500
Fort Lauderdale, FL 33334

Amber Plecha
435 21 Street, Unit 302
Miami Beach, FL 33139

Andrew S Goldwyn, Esq.
2500 N Military Trail
Sutie 200
Boca Raton, Fl 33431

Andrew T Trailor, Esq.
Burger & Trailor PA

Union Planters Bldg
8603 S Dixie Hwy, Ste303
Miami, Fl 33143

Andrew Terrat
156 Porter Street, Apt. #323
Mattapan, MA 02126

Anna Mikhalsky & Gale Sheikhet
5042 Seashell PL
San Diego, CA 92130

Anthony Condi
77 West 24 Street Apt 76
New York, NY 10010

Antonella Bacchelli
5840 La Gorce Drive
Miami Beach, FL 33140

Aquire USA Inc.
350 Ocean Drive
Miami Beach, FL 33139

Arquitectonica
801 Brickell Avenue Suite 1100
Miami, FL 33131

Artecity Governor
435 21 Street
Office No 2
Miami Beach, FL 33139

Artepark South Development LLC
435 21 Street
Office No. 2
Miami Beach, FL 33139

ASI Modulex
20202 NE 15 Court
Miami, FL 33179

AT&T
P.O. Box 105262
Atlanta, GA 30348-5262

Atilio Urdaneta
250 NE 25 Street, Apt 2104
Miami, FL 33137

Aurora Plumbing
3555 NW 52 Street
Miami, FL 33142

AURORA PLUMBING, CORPORATION,
a/k/a AURORA PLUMBING CORP.
Ovidio J. Viera
733 Sunset Road
Miami, FL  33143

Awe Realty #10/Gary Weiner
2142 Bay Avenue
Miami Beach, FL 33140

B. Louis St. Clair & Sharon St. Clair
6301 Lake Patricia Drive
Hialeah, FL 33014

BAMERICA DISTRIBUTING LLC
Coprolite Corporation
One S.E. 3rd Avenue, Suite 2130
Miami, FL  33131

BARRIOS A/C, INC., a/k/a BARRIOS AIR
CONDITIONING, INC.,
John M. Barrios
3511 Riviera Drive
Coral Gables, FL  33134

Barrios Air Conditioning
3461 NW 48 Street
Miami, FL 33142

Barry Pustel & Polina Ratner
427 Wanamaker Street
Oceanside, NY 11572

Benina LLC / Ben Fradlin
22 Stream Court
Owings Mills, MD 21117

Berkowitz Dick Pollack & Brant
200 South Biscayne Boulevard
Sixth Floor
Miami, FL 33131

Berman Rennert Vogel & Mandler P.A.
100 S.E. Second Street
Suite 2900
Miami, FL 33131

Bicon Inc.
1486-D Skees Road
West Palm Beach, FL  33411

Bill Liberato
1528 Green Hill Circle
Berwyn, PA 19312

Brakelle Long
435 21 Street, Unit #219
Miami Beach, FL 33139

Brian A. Wolf, Esq.
Smith Currie & Hancock LLP
One E. Broward Blvd., Suite 620
Ft. Lauderdale, Fl  33301

Brian D Smith, Esq.
420 Lincoln Rd, Suite 372
Miami Beach, Fl 33139

Bruce & Toni Waterman and Jeffrey DeJohn
and Matthew DeJohn
P.O. Box 534
585 Coiner Street
Los Alamos, CA 93440

Buildtech Group Inc
119 Washington Avenue Suite 101
Miami Beach, FL 33139

BUILDTECH GROUP INC.
Mohieddian Zarif
119 Washington Ave., #101
Miami Beach, FL  33139

Bureau Veritas North America Inc.
P.O. Box 409817
Atlanta, GA 30384-9817

Carlo Pasqualin
c/o Brian D. Smith
420 Lincoln Road, Suite 446
Miami Beach, FL 33139

Carlo Zufetti
Via Vincenzo Monti N 47
Milano Italy 20100

Carlos A. Marin, Esq.
255 Alhambra Circle, Suite 701
Coral Gables, Fl 33134

Carlos M & Margarita Ramos
6012 Torrey Pines Drive
El Paso, TX 79912-2030

Carnegie Hall Prop. Inc.
Susan G Renfrew
315 East 68 Street, Apt. 5-0
New York, NY 10021

Carole A. Jones
6001 Cellini Street
Miami, FL 33146

Cemex Construction Materials Florida LLC
11205 Satellite Boulevard
Orlando, FL 32837

CEMEX CONSTRUCTION MATERIALS,
L.P.
Cemex Construction Materials, L.P.,
c/o Florida Secretary of State
2661 Executive Center Circle West
Tallahassee. FL 32399

CENTRAL CONCRETE SUPERMIX, INC.
Marili L. Cancio, Esq.
1395 Brickell Avenue, 14th Floor
Miami, FL 33131

Central Florida Specialties Inc.
P.O. Box 4371
Boynton Beach, FL 33424

CENTRAL FLORIDA SPECIALTIES, INC.
Mary Ann Johnson
9873 Lawrence Rd., Apt. H-110
Boynton Beach, FL 33436

CENTURY PLUMBING WHOLESALE,
INC.
Sergio Pino
901 SW 69th Avenue
Miami, FL 33144

Chiros Paver Corp.
11893 Miller Drive
Miami, FL 33175

Christopher Barley & Jonathan Sheffer
39 West 10 Street
New York, NY 10011

Christopher E. Andrew
450 West 17 Street
Apt. 14-E
New York, NY 10011

City of Miami Beach
P.O. Box 116649
Atlanta, GA 30368-6649

City of Miami Beach
1700 Convention Center Drive
Miami Beach, FL 33139

Claudio Benedetti
1510 Bay Road
Apartment 302
Miami Beach, FL 33139

Clinton Daggett Flagg, Esq.
Law Offices of George Hartz & Lundeen
4800 LeJeune Road
Coral Gables, Fl 33146

Corus Construction Venture LLC
175 West Jackson Boulevard
Suite 540
Chicago, IL 60604

Creative Carpet Concepts
7310 SW 45 Street
Miami, FL 33155

Cydana LLC/Tim Wagner
20 Highland Avenue
Metuchen, NJ 08840

DADE ROOFING CORPORATION
Fredy G. Zamora
3654 SW 23rd Terrace
Miami, FL 33145

Daniel & Josue B. Carrillo
4363 Terrabella Place
CA 94819

Darrel Payne, Esq.
Stearns Weaver Miller Weissler
Alhadeff & Sitterson, P.A.
150 West Flagler Street, Suite 2200
Miami, FL 33130

Dasa Installer Kitchen
9040 Collins Avenue
Suite 11
Miami Beach, FL 33154

David Gutierrez
435 21 Street, Unit #204
Miami Beach, FL 33139

David H Pollack, Esq.
Law of David Pollack,LLC
540 Brickell Key Dr. #C-1
Miami, Fl 33131

Davide Parmegiani
Via Senato 35
Milan Italy 20121

De la Cruz & Cutler, c/o Marat Safin
Attn: Luis F. De la Cruz
2 Alhambra Plaza, PH2C
Miami, FL 33134

Deborah B Jofre, Esq.
2 S Biscayne Blvd.
Penthouse 3800
Miami, Fl 33131

Dominique Choay/Esperanza Miami Inc.
1717 North Bayshore Drive
Suite 2933
Miami, FL 33132

Donn S Dutton, Esq.
4300 Biscayne Blvd
Suite 305
Miami, Fl 33137

Donovan Chin
3052 Orange Street
Miami, FL 33133

Doral Digital Reprographics
4248 SW 74 Avenue
Miami, FL 33155

Dream Construction Service Inc.
6421 SW 16 Street
Pompano Beach, FL 33068

E G CUSTOM GLASS INC.
Eufemio Gonzalez
1071 West 67 Street
Hialeah, FL 33012

E. Linda Poras
19 Tally Ho Lane
Framingham, MA 01701

Eastern Wast Systems
1660 N.W. 19 Avenue
Pompano Beach, FL

Ecua-Copy
8420 NW 61 Street
Miami, FL 33166

Edward DeCaso
1001 Brickell Bay Drive
Apt 2904
Miami, FL 33131

EG Custom Glass Corp.
500 E 47 Street
Hialeah, FL 33013

El Rocio Financing Corp
Salduba Building
53 E Street, 3 Floor
Urbanization Obarrio Panama
Republic of Panama

Elizabeth Bass
435 North East 5 Court
Boca Raton, FL 33432

Elizabeth Jermyn
14 Ritter Drive
Wappingers Falls, NY 12590

Ely R Levy, Esq.
3230 Stirling Rd
Suite 1
Hollywood, Fl 33021

Emmanuel Petit
1 Hans Crescent
London, United Kingdom SW1X

Ends in an A Real Estate LLC/M. Picarell
221 Barton Avenue
Melville, NY 11747

Enrica Bianchini
c/o Brian D. Smith
420 Lincoln Road, Suite 446
Miami Beach, FL 33139

Epperson Cranes Inc.
P.O. Box 523065
Miami, FL 33152

Eraldo Sayles Holding/P. Sayles Williams
7461 NW 35 Street
Lauderhill, FL 33319

Esperanza Rodriguez
343 Teaneck Road
Ridgefield Park, NJ 07660

European Advisors Inc.
350 Ocean Drive
Miami Beach, FL 33139

Everglades Lumber and Building Supply
LLC
Vento M. Osvaldo
6991 SW 8 Street

EXICO GROUP, INC
Jose A. Hernandez
4210 SW 56 Avenue
Davie, FL 33314

Fix it Fire Protection
813 S.W. 16 Court
Fort Lauderdale, FL 33315

FLORIDA CONTRACTORS AND
CONSULTANTS CORPORATION:
Jose M. Ojeda, Jr.
7400 SW 132nd Avenue
Miami, FL 33183

Florida Fence Rental Inc.
8491 NW 64 Street
Miami, FL 33166

Florida Security Services Inc.
175 Fontainebleau Boulevard
Suite 2-D
Miami, FL 33172

FPL
P.O. Box 025576
Miami, FL 33102

Francesco Toldo
Via Pinerolo 74 A
Milano Italy 20121

Francisco J Palanda, Esq.
Hollman & Hoffman PA
848 Brickell Avenue, Suite 501
Miami, Fl 33131

Francisco Touron III, Esq.
Touron Law
3850 Bird Road
Suite 302
Miami, Fl 33146

Frank Ford Owen Jr., Esq.
16805 N.W. 12th Ave.
Miami, Fl 33169

FSR Transporting & Crane Serivces Inc.
1440 SW 31 Avenue
Pompano Beach, FL 33069

G.V. Pirez Associates Inc.
7315 SW 87 Avenue
Suite 100
Miami, FL 33173

Gabriel Robanenko
9033 Wilshire Boulevard
Apt. 401
Beverly Hills, CA 90211

Gary M Stein, Esq.
Peckar & Abramson
1 Se 3rd Avenue, Suite 3100
Miami, Fl 33131

GENERAL SUPPLY & SERVICES, INC.
D/B/A GEXPRO
Corporation Service Company
1201 Hays Street
Tallahassee, FL 32301-2525

Gianni Monduzzi
Via Zamboni, 7
40126 Bologna, Italy

Giorgio Bassi and Donatella Marzagalli
20185 East Country Club Drive
Unit TS-5
Miami, FL 33180

Giuliana Rossi
c/o Brian D. Smith
420 Lincoln Road, Suite 446
Miami Beach, FL 33139

Glasswall LLC
3550 N.W. 49 Street
Miami, FL 33142

GLASSWALL LLC
Arthur Murphy
701 Brickell Ave., Suite 3150
Miami, FL  33131

Greenberg Traurig PA
450 South Grand Avenue Suite 650
Orlando, FL 32801

GULF EAGLE SUPPLY, INC., a/k/a
GULFEAGLE SUPPLY
Albert C. Penson, Esq.
2810 Remington Green Circle
Tallahassee, FL  32308

GULFSTREAM RESTORATION &
CONSTRUCTION, INC.
Corporate Creations Network Inc.
111380 Prosperity Farms Rd., #221E
Palm Beach Gardens, FL  33064

Guy & Doris Salas
139 Rue De La Buite Orgeval
France 78630

Halina Pilat
513 N. Rose Avenue
Park Ridge, IL 60068

Harvey Yampolsky & Randall Wellons
1809 20 Street NW Rear
Washington, DC 20009

HEFZI-BA APPLIED QUALITY, INC.,
a/k/a HEFZI-BA APPLIED QUALITY,
Gil & Caceres & Associates, Inc.
601 SW 57 Avenue, Suite H
 Miami, FL  33144

Hire Quest LLC
4560 Great Oak Drive
N. Charleston, SC  29418

Horticultural Services of South Florida
6840 NW 5 Court
Fort Lauderdale, FL 33317

Howard Lawrence Mann
119 Liverpool Road
London England N1ORG

Hurricane Enterprises
Massimo Barracca
2900 Praire Avenue
Miami Beach, FL 33140

InSource Inc.
9500 South Dadeland Boulevard Suite 2009
Miami, FL 33256

Interior Production Masters Inc.
20044 N.W. 64 Place
Hialeah, FL 33015

Ipina Painting Inc.
12540 West Randall Park Drive
Miami, FL 33167

James & Maryann Jarczynski
23239 Lake Drive
Lexington Park, MD 20653

James Joncosko
1724 Wharton Street
Pittsburgh, PA 15203

James Metz & Victor Anastasia
2000 Commerce Parkway
Lancaster, NY 14086

James Milana
702 Foch Boulevard
Williston Park, NY 11596

James W. Lewis
80 South Vine Street
Meriden, CT 06830

Jason & Carolyn Harlan
735 14 Place, Apt #1
Miami Beach, FL 33139

Jay Garcia & Joanna Bandurski
5150 Old Plum Grove Road
Palatine, IL 60067

Jennifer Wollaber
435 21 Street, Unit #321
Miami Beach, FL 33139

Joaquin Cava c/o Boston Consulting Group
Alcala 95
Madrid Spain 28009

Jonathan Kline, Esq.
9050 Pines Boulevard, Suite 450
Penbroke Pines, Fl 33024

Jorge L. Piedra, Esq.
Alejandro R. Alvarez,. Esq.
Piedra & Associates, P.A.
2950 S.W, 27th Avenue, Suite 300
Miami, FL 33133

Jose Vega
3325 Pinetree Drive
Miami Beach, FL 33140

Joy Handler
349 East 49 Street
New York, NY 10017

Keith J Merrill, Esq.
Merrill & Pollack
7901 SW 67th Avenue, Suite 206
Miami, Fl 33143

Kenneth Ellner
88 Polo Drive
Atlanta, GA 30309

Kenneth Green & Andrew Glick
249 West 29 Street
Apt. 8N
New York, NY 10001

Kerly Limited
1410 20 Street, Suite 214
Miami Beach, FL 33139

Konstantin Salkinder & Alla Berman
710 Hanley Avenue
Los Angeles, CA 90049

Kristen Martino & Inga Wilson
12601 SW 103 Court
Miami, FL 33176

Land Acts Inc & Jay Realty Int'l. Inc.
2375 Biscayne Bay Drive
Miami, FL 33181

Leiter Perez & Associates Inc
160 N.W, 176 Street
Suite 403
Miami, FL 33159

Leonardo N Ortiz, Esq.
Leiby Taylor Stearns Linkhorst & Roberts
1390 North University Dr
Ft Lauderdale, Fl 33322

Leonid & Baya Pinchevsky
24 Southland Drive
Glen Cove, NY 11542

Leonor C. Ortega
7025 SW 98 Avenue
Miami, FL 33173

Llauruss, LLC/ Johana Sanchez
1500 Bay Road
Apt. 738
Miami Beach, FL 33139

Lucas & Costanza Zordan
33 Elm Place
Yonkers, NY 10705

Lumar SCI/Lorenzo Frateschi & Quai
Antonie
9800 MC
Monte Carlo, Pt of Monaco

Lupetto Inc.
1410 20 Street, Suite 214
Miami Beach, FL 33139

M & R Temp Fence & Building Supply
2100 N.W, 8th Avenue
Miami, FL 33127

Machin Bobcat Services Inc.
7600 SW 132 Avenue
Miami, FL 33183

Magnan-Rossignoli
c/o Brian D. Smith
420 Lincoln Road, Suite 446
Miami Beach, FL 33139

MANHATTAN ELECTRIC &
HARDWARE CORPORATION
Manuel Lopez
1155 E. 4th Avenue
Hialeah, FL 33010

Manoj DeWan & Cezare Mazzoli
10130 SW 154 Circle Court
Apt. 108
Miami, FL 33196

Manuel Bacelo Electrical Contractor Inc.
8010 W 28 Avenue, #3
Hialeah, FL 33016

MANUEL BACELO ELECTRICAL
CONTRACTOR, INC.
Manuel Becelo
170 SW 75th Avenue
Miami, FL 33144

Marat Safin
7 Avenue Saint Roman
Monaco Monte Carlo

Marco, Susanna, Angela & Barbara Civoli
Via Della Fondella 12
Prato Italy 59100

Marilyn, Nathan & Susan Tiffany
4031 W. Chisolm Trail
Glendale, AZ 85310

Marina & Gennadly Itingen
240-58 65 Avenue
Little Neck, NY 11362

Marion Felcourt/Bolero Miami Inc.
1717 North Bayshore Drive
Suite 2933
Miami, FL 33132

Maritana & Dimitri Polyak
161 Oxford Street
Brooklyn, NY 11235

Marooned SRL
119 Washington Avenue
Suite 101
Miami Beach, FL 33139

Mary Ann Rohr
435 21 Street, Unit # 116
Miami Beach, FL 33139

Massimo Bonetti
5200 Pinetree Drive
Miami Beach, FL 33140

MATRIX CONSTRUCTION GROUP INC.
All Florida Firm Inc.
813 Deltona Blvd., Suite A
Deltona, FL 32725

Maurice Joffe
27 Milford Street
Boston, MA 02118

Meland Russin & Budwick PA
3000 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, FL 33131

Metropolis Construction
5380 S.W. 61 Avenue
Fort Lauderdale, FL 33314

Michael & Elizabeth Shneyerson
80 Brighton First Road
Apt 17E
Brooklyn, NY 11235

Michael & Laura Franklin & Ella Leitner
1849 South Ocean Drive
Apt. 1115
Hallandale, FL 33009

Michael A Hornreich, Esq.
450 S Orange Ave Ste 650
Orlando, Fl 32802

Michael A. Forte
1345 Lincoln Road, Apt. # 1105
Miami Beach, FL 33139

Michael Boucher
435 21 Street, Unit #218
Miami Beach, FL 33139

Michael S Tobin, Esq.
Rothman & Tobin
11900 Biscayne Blvd., Suite 740
Miami, Fl 33181

Monica Gomez, Esq.
9100 S Dadeland Blvd
Suite 901
Miami, Fl 33156

MR. GLASS DOORS & WINDOWS INC.
Ulises Senaris
5305 NW 74 Avenue
Miami, FL 33166

Museum Park LLC/AF
1410 20 Street, Unit 214
Miami Beach, FL 33139

Najara Vangineau
435 21 Street, Unit #222
Miami Beach, FL 33139

Natalie Eskert
435 21 Street, Unit #323
Miami Beach, FL 33139

Natela Bouzoukachvili
65-42 66 Avenue
Rego Park, NY 11374

Navigant Consultant
4511 Paysphere Circle
Chicago, IL 60674

OJ Painting & Waterproofing
8571 SW 27 Terrace
Miami, FL 33155

One Step Express
4207 Grant Street
Hollywood, FL 33021

OTIS ELEVATOR COMPANY
CT Corporation System
1200 South Pine Island Road
Plantation, FL 33324

Otis Elevator
16200 N.W. 59 Avenue
Suite 109
Hialeah, FL 33014

Pamela R. Mayer & Douglas Greenberg
2301 Collins Avenue
Apt. 1541
Miami Beach, FL 33139

PARAISO PLASTER, INC.
Roberto Fuentes
1027 SW 128 Avenue
Miami, FL 33184

Patrick Jermyn
43 Autum Chase Drive
Hopewell Junction, NY 12533

Peter & Helen Angelo
120 Maplewood Avenue
Maplewood, NJ 07040

Peter Santiago
435 21 Street, Unit #310
Miami Beach, FL 33139

Petra Bluhwald
c/o Brian D. Smith
420 Lincoln Road, Suite 446
Miami Beach, FL 33139

Philip J Kantor, Esq.
Duane Morris LLP
200 S Biscayne Blvd, Suite 3400
Miami, Fl 33131

Photo Iron Works Corp.
2155 West 10 Court
Hialeah, FL 33010

Piero Salussolia PA
1410 20 Street
Suite 214
Miami Beach, FL 33139

Piloto Iron Work Corp.
2155 W 10 Court
Hialeah, FL 33010

PILOTO IRON WORK, CORP.
Duilio Jose Hernandez
11461 SW 5 Terrace
Miami, FL 33174

Pistorino & Alarm Consulting Engineers
7171 S.W. 62 Avenue
Miami, FL 33143-4723

Pool Tech of Miami Inc.
9002 SW 40 Street
Miami, FL 33165

POOLTECH OF MIAMI INC., a/k/a POOL
TECH OF MIAMI, INC.
Frank J. De Izaguirre
11341 SW 30 Street
Miami, FL 33165

PQR CPNS LLC
1510 Bay Road, #302
Miami Beach, FL 33139

PRESTIGE ROOFING & ASSOCIATES,
INC.
Santiago Gala
12642 SW 78th Street
Miami, FL 33183

Prestige Roofing Inc.
7216 SW 8 Street
Suite 6
Miami, FL 33144

Property Network Inc.
350 Ocean Drive
Miami Beach, FL 33139

R & D ELECTRIC, INC.
Rafael Echarri
7311 NW 12th Street, Suite #27
Miami, FL 33126

R & R SUPPLIES, INC., a/k/a R&R
BUILDING MATERIALS
Rene Enrique Bueno
85 West 55th Street
Hialeah, FL 33012

R.P.M. & T, ENTERPRISE INC.
Hispanic Financial Tax Services Inc.
7401 Wiles Rd., #115
Coral Springs, FL 33067

R.P.M. & T. Enterprises Inc.
2121 NW 23 Street
Miami, FL 33142

Rachel Wise
435 21 Street, Unit 206
Miami Beach, FL 33139

Rhino Services Unlimited Inc.
11567 SW 149 Path
Miami, FL 33196

RHINO SERVICES UNLIMITED INC.
Spiegel & Utrera, P.A.
1840 SW 22nd Street, 4th Floor
Miami, FL 33145

Richard Petrovich, Esq
110 S E 6th St., 15th Fl
Ft Lauderdale, Fl 33301

Richard Vasquez
345 Ocean Drive, Apt 904
Miami Beach, FL 33139

ROBERT CARPENTRY, INC.
Roberto F. Martinez
441 W. 28th Street
Hialeah, FL 33010

Robert F Elgidely, Esq
200 E Broward Blvd.
Suite 1110
Ft Lauderdale, Fl 33301

Robert H Cooper, Esq.
2999 NE 191st St.
Suite 704
Miami, Fl 33180

Robert Hingston, Esq.
Welbaum, Guernsey Et Al.
901 Ponce De Leon Blvd.
Penthouse Suite
Coral Gables, Florida 33134

Robert Shawah
20 Crescent Drive
Ringwood, NJ 07456

Roger Professional Tile Inc.
2121 N.W. 23 Street
Miami, FL 33142

RPM & T Enterprises
2121 N.W. 23 Street
Miami, FL 33142

Ryan E. David, Esq.
390 N. Orange Ave., Suite 1500
Po Box 1391
Orlando, Florida 32801

Salvatore Musarra
3 Brittany Drive
Colts Neck, NJ 07722

SCHWABEN STONE, INC.
All Florida Firm Inc.
813 Deltona Blvd., Suite A
Deltona, FL 32725

Sean Jason Gelb, Esq.
1500 Bay Road #1208
Miami Beach, Fl 33139

Semypn & Svetlana Vesterman
10445 Wilshire Boulevard, Apt 1006
Los Angeles, CA 90024

Sergio Frangipani
3600 Mystic Point Drive
Apt. 308
Miami, FL 33180

Seth Hornaday
435 21 Street, Unit #315
Miami Beach, FL 33139

Seth Weinberger
649 Michigan Avenue
Evanston, IL 60202

Sheneka Griffin
2421 First St. NW
Washington, DC 20001

Shrili Russell
435 21 Street, Unit 109
Miami Beach, FL 33139

SILVA BUILDERS, INC.
Adelino Silva Agostinho
14399 SW 47 Street
Miramar, FL 33027

Soares Da Costa
1800101d Cutler Road
Miami, FL 33157

South Dade's Finest Irrigation Inc.
1896 NW 66 Street
Miami, FL 33147

SPRING LOCK SCAFFOLDING INC.
Martha Lemus
10409 N. Florida Ave.
Tampa, FL 33612

Stronguard Window Distributors Inc.
1047 NE 84 Street
Miami, FL 33138

SUNBELT RENTALS, INC.
Patricia L. Uddo
314 W. Landstreet Road
Orlando, FL 32824

Sunnyhouses Cons LC
1510 Bay Road
Suite 302
Miami Beach, FL 33139

SUN-TECH MECHANICAL, LLC, f/k/a
SUNTECH MECHANICAL CORP.,
Thomas R. Shahady, Esq.
Adorno & Yoss
350 East Las Olas Blvd., Suite 1700
Ft. Lauderdale. FL 33301

Susan Savignano
557 Metropolitan Avenue
Brooklyn, NY 11211

Susan Tiffany & Mike & Tim Muir
1800 Sunset Harbour Drive
Apt. 1102
Miami Beach, FL 33139

T Robert Shahady II, Esq.
350 East Las Olas Blvd, Suite 1700
Ft Lauderdale, Fl 33301

TECHNICAL SYSTEMS & EQUIPMENT
CORP.
Carlos G. Alonso
8426 N.W. 56th Street
Miami, FL 33166

THE O.J. PAINTING &
WATERPROOFING COMPANY
Alexander Ojeda
8571 SW 27th Terrace
Miami, FL 33155

The Property Network
350 Ocean Drive
Miami Beach, FL 33139

Thomas & Constance Muir
54 E. Oakdene Avenue
Palisades Park, NJ 07650

Thomas Milana Jr. & Anthony La Vaglia
11 Black Rock Road
Muttontown, NY 11545

Thomas Milana
338 Elwood Road
East Northport, NY 11731

Thomas P. Jermyn
320 West 119th Street
New York, NY 10028

TM Window & Door LLC
601 NW 12 Avenue
Pompano Beach, FL 33069

TM WINDOWS, LLC
CT Corporation Systems
1200 South Pine Island Road
Plantation, FL 33324

Todd Alderton
702 Foch Boulevard
Williston Park, NY 11596

TOLEDO DOORS, INC. D/B/A TOLEDO
IRON WORKS,
Corporation Company of Miami
1500 Miami Center
201 S. Biscayne Blvd
Miami. FL 33131

Tramont Guerra & Nunez PA
200 Alhambra Circle
Suite 1150
Miami, FL 33134

Tropical Moulding LLC
6901 N.W. 87 Avenue
Miami, FL 33179

TROPICAL TILE & MARBLE
CONSULTING SERVICES, INC.,
a/k/a TROPICAL TILE & MARBLE, INC.
Max M. Hagen
3531 Griffin Rd.
Fort Lauderdale. FL 33312

Tropical Tile & Marble Dist.
9950 NW 77 Avenue
Hialeah, FL 33016

Tyson Ballou
391 Deab Street
Apt. 1D
Brooklyn, NY 11217

United Rentals
4301 NW 27 Avenue
Miami, FL 33142

UNITED RENTALS, INC., a/k/a UNITED
RENTALS
Corporation Service Company
1201 Hays Street
Tallahassee, FL 32301-2525

United Site Services
3506 81 Court East
Bradenton, FL 34211

Unlimited Applications Inc.
7314 NW 46 Street
Miami, FL 33166

US Chutes Corp
607 Bantam Road
Bantam, CT 06750

Victor Lopez
435 21 Street, Unit #214
Miami Beach, FL 33139

Virginia Richieri
c/o Brian D. Smith
420 Lincoln Road, Suite 446
Miami Beach, FL 33139

Welcome USA of Florida Inc.
300 Sevilla Avenue
Suite 305
Miami, FL 33134

William D. Eichman & Michael Yount
419 East 57 Street
Apt 11-F
New York, NY 10022

William Schild
2035 Filbert Street
Apt. 106
San Francisco, CA 94123

Xpress Courier System Corp.
15476 NW 77 Court
Suite 211
Hialeah, FL 33016

Zephyrhills
P.O. Box 856680
Louisville, KY 40285-6680

Zoya Ezergail
9401 Collins Avenue
Apt. 1205
Miami Beach, FL 33154