

**ORDERED in the Southern District of Florida on August 31, 2010.**

A. Jay Cristol, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re | Case No.: 10-31406-BKC-AJC |
| ARTECITY MANAGEMENT LLC *et al.,*[1] | Chapter 11 Proceeding<br>Jointly Administered |
| Debtor.<br>_____/ | |

**FINAL ORDER AUTHORIZING THE EMPLOYMENT
OF THOMAS R. LEHMAN, P.A. AND LEVINE KELLOGG LEHMAN
SCHNEIDER & GROSSMAN LLP AS BANKRUPTCY COUNSEL FOR
THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE**

THIS MATTER came before the Court on August 30, 2010 at 10:00 a.m. upon the Debtors' *Application for Entry Interim and Final Orders Authorizing the Employment of Thomas R. Lehman, P.A. and the Law Firm of Levine Kellogg Lehman Schneider & Grossman LLP as Counsel for the Debtors Nunc Pro Tunc to the Petition Date* (the "Application") [D.E. #11]. The Court, having considered the Application, the Lehman Declaration attached to the Application as Exhibit "C" and having entered an interim Order granting the relief in the Application, hereby:

---

[1] The last four digits of the taxpayer identification numbers for each of the Debtors follow in parentheses: (i) Artecity Management LLC (2357); (ii) Artecity Holding LTD (9763); (iii) Artecity Governor L.L.C. (3220); (iv) Artecity Park LLC (6068); (v) Artecity Plaza LLC (3734); (vi) Artepark South Development LLC (5232); and (vii) Park Villas Development LLC (5344).

EB4373

1

**ORDERS** that:

1. The Application is **GRANTED,** on a final basis, *nunc pro tunc* to July 26, 2010.

2. The Debtors are authorized to employ Thomas R. Lehman, P.A. and Levine Kellogg Lehman Schneider & Grossman LLP ("LKLSG") as their bankruptcy counsel in accordance with the terms and conditions set forth in the Application.

3. Thomas R. Lehman, P.A. and LKLSG are authorized to render professional services to the Debtors as set forth in the Application.

4. Thomas R. Lehman, P.A. and LKLSG shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Debtors' Chapter 11 cases subject to the allowance of professional fees and compensation as set forth in § 330 of the Bankruptcy Code, and in compliance with the remaining provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the Court's guidelines and any Order of this Court. LKLSG may separately bill all Debtors jointly for services rendered and expenses incurred for all Debtors through a separate matter number with appropriate activity codes.

5. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

###

Submitted by:
Thomas R. Lehman, Esq.
LEVINE KELLOGG LEHMAN SCHNEIDER & GROSSMAN LLP
Miami Center – 34th Floor
201 South Biscayne Blvd.
Miami, Florida 33131-4301
Telephone: 305.403.8788
Facsimile: 305.403.8789
E-Mail: trl@LKLlaw.com
Copies to:
Thomas R. Lehman, Esq. (Attorney Lehman shall serve a copy of this Order on all interested parties upon receipt and shall file a Certificate of Service indicating same.)

EB4373

2