

**ORDERED in the Southern District of Florida on September 16, 2010.**

A. Jay Cristol, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re | Case No.: 10-31406-BKC-AJC |
| ARTECITY MANAGEMENT LLC et al.,[1] | Chapter 11 Proceeding<br>Jointly Administered |
| Debtors._____/ | |

**AMENDED ORDER (I) AUTHORIZING DEBTORS TO OBTAIN POST-PETITION SECURED FINANCING PURSUANT TO 11 U.S.C. §§ 105, 361, 362 AND 364, (II) GRANTING ADEQUATE PROTECTION TO PRE-PETITION SECURED LENDER PURSUANT TO 11 U.S.C. §§ 105, 361, 362 AND 364, AND (III) SCHEDULING FINAL HEARING ON OCTOBER 7, 2010**

This matter came upon the Court being notified that the Miami-Dade County Tax Collector ("County"), the Debtors and Corus Construction Venture, LLC ("CCV") have agreed to resolve Miami-Dade County Tax Collector's Limited Objection to Order (I) Authorizing

---

[1] The last four digits of the taxpayer identification numbers for each of the Debtors follow in parentheses: (i) Artecity Management LLC (2357); (ii) Artecity Holding LTD (9763); (iii) Artecity Governor L.L.C. (3220); (iv) Artecity Park LLC (6068); (v) Artecity Plaza LLC (3734); (vi) Artepark South Development LLC (5232); and (vii) Park Villas Development LLC (5344).

Debtors to Obtain Postpetition Secured Financing Pursuant to 11 U.S.C. §§ 105, 361, 362 and 364, and (II) Granting Adequate Protection to Prepetition Secured Lender Pursuant to 11 U.S.C. §§ 105, 361, 362 and 364 (D.E. 110) [D.E. 112] (the "Limited Objection"), as provided in this Amended Order. Based on the agreement of the County, Debtors and CCV, it is:

ORDERED, as follows:

1. This Court's Order (I) Authorizing Debtors to Obtain Post-Petition Secured Financing Pursuant to 11 U.S.C. §§ 105, 361, 362 and 364, and (II) Granting Adequate Protection to Pre-Petition Secured Lender Pursuant to 11 U.S.C. §§ 105, 361, 362 and 364 [D.E. 110] (the "DIP Loan Order") is amended as follows:

   a) Payment of the County's pre-petition ad valorem property taxes for the 2010 tax years are secured by first priority liens effective January 1, 2010 on the Artecity Project;

   b) The County's tax liens are first priority tax liens senior to the liens of CCV, including any liens granted to CCV under the DIP Loan Order; and

   c) The DIP Loan Order shall not subordinate nor prime the County's ad valorem tax liens imposed by Section 197.122, Fla. Stat. which shall be paid as an ordinary and necessary expense of closing of the sale of units of the Artecity Project or as provided in a confirmed plan of reorganization in these cases.

2. If the terms of this Amended Order conflict with the terms of the DIP Loan Order, the terms of this Amended Order shall govern the terms of the DIP Loan and the liens granted to secure repayment of the DIP Loan. The defined terms of the DIP Loan Order shall have the same meaning as in this Amended Order.

EG9875 (9/16/2010 10:34 AM)

3. On the entry of this Amended Order, the County's Limited Objection is deemed withdrawn and the DIP Loan Order effective September 15, 2010.

4. The Court will conduct a final hearing on the DIP Loan Order on October 7, 2010 at 3:00 p.m. at the United States Bankruptcy Court located at the Claude Pepper Federal Building, 51 S.W. 1st Avenue, Room 1410, Miami, Florida 33130.

###

Submitted by:

Thomas R. Lehman, P.A.
LEVINE KELLOGG LEHMAN SCHNEIDER & GROSSMAN LLP
Miami Center – 34th Floor
201 South Biscayne Blvd.
Miami, Florida 33131-4301
Telephone: 305.403.8788
Facsimile: 305.403.8789
E-Mail: trl@LKLlaw.com

Copies to:

Thomas R. Lehman, P.A., (Attorney Lehman shall serve a copy of this Order on all interested parties upon receipt and shall file a Certificate of Service indicating same.)

EG9875 (9/16/2010 10:34 AM)